UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CISNEROS, an individual, on behalf of himself, the State of California, as a private attorney general, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VESTIS UNIFORMS AND WORKPLACE SUPPLIES, INC., a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:25-cv-03695-HSG<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; L-R 6-2 (as modified)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## **ORDER**

The Court having considered the Joint Stipulation Requesting Extension of Time to Respond to Complaint and to Continue Initial Case Management Conference and Related Deadlines, and finding good cause, therein, hereby GRANTS the request and orders as follows:

1. The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is moved from July 7, 2025 to August 6, 2025.
2. The Initial Case Management Conference is continued to September 16, 2025 at 2 p.m., and the Parties' Joint Case Management Statement deadline is continued to September 9, 2025.
3. All other deadlines in this case associated with the Initial Case Management Conference are continued in conjunction with the continuance of the Initial Case Management Conference.

Dated: 7/10/2025

By: _____
Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE