United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CISNEROS, | Case No.  25-cv-03695-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| VESTIS UNIFORMS AND WORKPLACE SUPPLIES, INC., | |
| Defendant. | |

A case management conference was held on March 17, 2026.  Having considered the parties' proposals, *see* Dkt. No. 32, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | May 19, 2026 |
| Close of Fact Discovery | November 17, 2026 |
| Exchange of Opening Expert Reports | December 2, 2026 |
| Exchange of Rebuttal Expert Reports | December 17, 2026 |
| Close of Expert Discovery | January 1, 2027 |
| Class Certification Filing Deadline | February 1, 2027 |
| Class Certification Hearing | Thursday, March 18, 2027 at 2 p.m. |

//

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:    3/19/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2